THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON FRIEDMAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendants of the

crime of assault in the third degree, upon which sentence was suspended and defendants placed on probation, unanimously affirmed. No opinion. Appeal from sentences dismissed. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.